# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Harris, | No. CV-25-00328-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| My Credit Guy LLC, | |
| Defendant. | |

Pursuant to the Parties' stipulation (Doc. 78) and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Curtis Harris's claims against Defendant My Credit Guy, L.L.C. are dismissed with prejudice and the putative class's claims against Defendant without prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 4th day of November, 2025.

Honorable Susan M. Brnovich
United States District Judge